The Jacksonville Street Railroad Company, a corporation under the laws of Florida, Plaintiff in Error, v. R. J. Walton and Margaret E. Walton, his wife, Defendants in Error.

Division A.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

Jno. E. Hartridge and J. B. Whitfield for plaintiff in error.

Alex. St. Clair-Abrams for defendant in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*